# US 6,059,576 C1

# APPLE

# US 6,059,576 C1 vs. APPLE

## US 6,059,576 C1

**Assignee:**
LOGANTREE LP

**Earliest Priority:**
Nov 21, 1997

**Related Patents:**
None

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10541st)

**United States Patent**
**Brann**

(10) **Number:** **US 6,059,576 C1**
(45) **Certificate Issued:** **Mar. 17, 2015**

(54) **TRAINING AND SAFETY DEVICE, SYSTEM AND METHOD TO AID IN PROPER MOVEMENT DURING PHYSICAL ACTIVITY**

(75) Inventor: **Theodore L. Brann**, Mission, TX (US)

(73) Assignee: **Logantree L P**, Boerne, TX (US)

**Reexamination Request:**
No. 90/013,201, Apr. 4, 2014

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,059,576** |
| Issued: | **May 9, 2000** |
| Appl. No.: | **08/976,228** |
| Filed: | **Nov. 21, 1997** |

(51) **Int. Cl.**
*A61B 5/11* (2006.01)
*A63B 24/00* (2006.01)

(52) **U.S. Cl.**
CPC .......... *A61B 5/1116* (2013.01); *A63B 2220/40* (2013.01); *Y10S 482/901* (2013.01)
USPC .............. **434/247**; 600/595; 482/8; 482/901; 702/101; 601/34

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/013,201, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Danton DeMille

(57) **ABSTRACT**

An electronic device, system and method to monitor and train an individual on proper motion during physical movement. The system employs an electronic device which tracks and monitors an individual's motion through the use of an accelerometer capable of measuring parameters associated with the individual's movement. The device also employs a user-programmable microprocessor which receives, interprets, stores and responds to data relating to the movement parameters based on customizable operation parameters, a real-time clock connected to the microprocessor, memory for storing the movement data, a power source, a port for downloading the data from the device to other computation or storage devices contained within the system, and various input and output components. The downloadable, self-contained device can be worn at various positions along the torso or appendages being monitored depending on the specific physical task being performed. The device also detects the speed of movements made while the device is being worn. When a preprogrammed recordable event is recognized, the device records the time and date of the occurrence while providing feedback to the wearer via visual, audible and/or tactile warnings.

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
|---|---|
| A portable, self-contained device for monitoring movement of body parts during physical activity, said device comprising: | Non-limiting claim preamble.<br><br>portable, self-contained device for monitoring movement of body parts during physical activity<br>**Track daily activity**<br>The Activity app on Apple Watch keeps track of your movement throughout the day and helps encourage you to meet your fitness goals. The app tracks how often you stand up, how much you move, and how many minutes of exercise you do, and provides a simple and powerful graphic ring of your daily activity. The goal is to sit less, move more, and get some exercise by completing each ring every day. The Activity app on iPhone keeps a long-term record of all your activity.<br>Source: Apple Watch Series 3 User Guide, Version 1.0, p53, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
| --- | --- |
| a movement sensor capable of measuring data associated with unrestrained movement in any direction and generating signals indicative of said movement; | The Apple Watch 3 can monitor a large number of workouts from the wrist, and can also connect to enabled gym equipment too - that's a nice touch and means you're able to use it as a heart rate monitor for your cross-stepping or rowing efforts.<br>capable of measuring data associated with unrestrained movement in any direction<br>Source: https://www.techradar.com/reviews/apple-watch-3-review/3<br><br>**Step 1** Apple Watch Series 3 Teardown<br>• What's that in your shiny new Apple Watch?<br>• Accelerometer + gyroscope + heart rate sensor + microphone + speaker + barometric altimeter + ambient light sensor<br>a movement sensor<br>Source: https://www.ifixit.com/Teardown/Apple+Watch+Series+3+Teardown/97521<br><br>Your iPhone GPS allows Apple Watch to achieve even more distance accuracy. For example, if you carry iPhone while using the Workout app on a run, Apple Watch uses the iPhone GPS to calibrate your stride. Then later, if you're not carrying iPhone, or if you're working out where GPS is unavailable (for example, indoors), Apple Watch uses the stored information about your stride to measure distance.<br>generating signals indicative of said movement<br>Source: Apple Watch Series 3 User Guide, Version 1.0, p57, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
|---|---|
| a power source; | **Charge Apple Watch**<br>**Charge Apple Watch.** In a well-ventilated area, place the included Apple Watch Magnetic Charging Cable or Apple Watch Magnetic Charging Case on a flat surface, plug it into the included power adapter, or a power adapter you use with iPhone or iPad, and then plug it into a power outlet. When using the Apple Watch Magnetic Charging Case, keep the case open. Position the back of Apple Watch on the charger. The magnets on the charger align Apple Watch properly, and you'll hear a chime (unless Apple Watch is muted) and see a charging symbol on the watch face. The symbol is red when Apple Watch needs power and turns green when Apple Watch is charging.<br>a power source<br>Source: Apple Watch Series 3 User Guide, Version 1.0, p13, see https://documents.4rgos.it/v1/static/8673752_R_D001<br><br>BATTERY — Type: Li-Ion 341 mAh, non-removable (1.34 Wh); Charging: Wireless charging; Stand-by: Up to 18 h (mixed usage)<br>a power source<br>Source: https://www.gsmarena.com/apple_watch_series_3-8860.php |

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
| --- | --- |
| a microprocessor connected to said movement sensor and to said power source, said microprocessor capable of receiving, interpreting, storing and responding to said movement data based on user-defined operational parameters, | <br><br>Source: https://www.ifixit.com/Teardown/Apple+Watch+Series+3+Teardown/97521 |

# US 6,059,576 C1 vs. APPLE

<table>
<tr><th>Claim (1)</th><th>Apple Watch Series 3</th></tr>
<tr><td>a microprocessor connected to said movement sensor and to said power source, said microprocessor capable of receiving, interpreting, storing and responding to said movement data based on user-defined operational parameters,</td><td>
<table>
<tr><td>PLATFORM</td><td>OS</td><td>watchOS 4.0, upgradable to 7.3.3</td><td></td></tr>
<tr><td></td><td>Chipset</td><td>Apple S3</td><td rowspan="2">a microprocessor connected to</td></tr>
<tr><td></td><td>CPU</td><td>Dual-core</td></tr>
<tr><td></td><td>GPU</td><td>PowerVR</td><td></td></tr>
<tr><td>MEMORY</td><td>Card slot</td><td>No</td><td></td></tr>
<tr><td></td><td>Internal</td><td>16GB 768MB RAM</td><td></td></tr>
<tr><td>CAMERA</td><td></td><td>No</td><td></td></tr>
<tr><td>SOUND</td><td>Loudspeaker</td><td>Yes</td><td></td></tr>
<tr><td></td><td>3.5mm jack</td><td>No</td><td></td></tr>
<tr><td>COMMS</td><td>WLAN</td><td>Wi-Fi 802.11 b/g/n</td><td></td></tr>
<tr><td></td><td>Bluetooth</td><td>4.2, A2DP, LE</td><td></td></tr>
<tr><td></td><td>GPS</td><td>Yes, with A-GPS, GLONASS</td><td></td></tr>
<tr><td></td><td>NFC</td><td>Yes</td><td></td></tr>
<tr><td></td><td>Radio</td><td>No</td><td></td></tr>
<tr><td></td><td>USB</td><td>No</td><td></td></tr>
<tr><td>FEATURES</td><td>Sensors</td><td>Accelerometer, gyro, heart rate, barometer</td><td>a microprocessor connected to said movement sensor,</td></tr>
<tr><td></td><td></td><td>Natural language commands and dictation (talking mode)</td><td></td></tr>
<tr><td>BATTERY</td><td>Type</td><td>Li-Ion 341 mAh, non-removable (1.34 Wh)</td><td>a microprocessor connected to said power source,</td></tr>
<tr><td></td><td>Charging</td><td>Wireless charging</td><td></td></tr>
<tr><td></td><td>Stand-by</td><td>Up to 18 h (mixed usage)</td><td></td></tr>
</table>
Source: https://www.gsmarena.com/apple_watch_series_3-8860.php
</td></tr>
</table>

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
|---|---|
| a microprocessor connected to said movement sensor and to said power source, said microprocessor capable of receiving, interpreting, storing and responding to said movement data based on user-defined operational parameters, | **Monitor your workouts**<br>The Workout app on Apple Watch gives you tools to manage your individual workout sessions. It lets you set specific goals, such as time, distance, or calories, then tracks your progress, nudges you along the way, and summarizes your results. You can use the Activity app on iPhone to review your complete workout history. See Keep your data accurate on page 57 for information on how Apple Watch is calibrated.<br><br>said microprocessor capable of receiving, interpreting, storing said movement data<br><br>based on user-defined operational parameters<br><br>On the goal screen, swipe left and right to choose a calorie, time, or distance goal (or no goal), then turn the Digital Crown or tap + / – to set. When you're ready to go, tap Start. If you're measuring calories or time, you can leave iPhone behind and exercise with just Apple Watch. But for the most accurate distance measurements outdoors, take iPhone along.<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p55-56, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
| --- | --- |
| a microprocessor connected to said movement sensor and to said power source, said microprocessor capable of receiving, interpreting, storing and responding to said movement data based on user-defined operational parameters, | <br>Comment: Screenshot of the goals set for the Apple Watch Series 3 |

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
|---|---|
| *detecting a first user-defined event based on the movement data and at least one of the user-defined operational parameters regarding the movement data,* | <br>*detecting a first user-defined event based on the movement data and at least one of the user-defined operational parameters regarding the movement data*<br><br>Comment: Screen capture of the Apple Watch Series 3 goal notification from MPG4 file 20210420_141806 (2:18 pm). |

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
| --- | --- |
| *detecting a first user-defined event based on the movement data and at least one of the user-defined operational parameters regarding the movement data,* | *detecting a first user-defined event based on the movement data and at least one of the user-defined operational parameters regarding the movement data*<br><br><br>Comment: Screen capture of the Apple Watch Series 3 goal notification from MPG4 files 20210420_141806 (2:18 pm).<br><br><br>Comment: Screenshot of the goals set for the Apple Watch Series 3 |

# US 6,059,576 C1 vs. APPLE

<table>
<tr><th>Claim (1)</th><th>Apple Watch Series 3</th></tr>
<tr><td>and storing first event information related to the detected first user-defined event along with first time stamp information reflecting a time at which the movement data causing the first user-defined event occurred;</td><td>




Comment: Screenshot from Apple iPhone Activity App
</td></tr>
</table>

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
|---|---|
| at least one user input connected to said microprocessor for controlling the operation of said device; | A quick look at Apple Watch<br><br>at least one user input connected to said microprocessor for controlling the operation of said device;<br><br>Here are the gestures you need to use Apple Watch and its apps. The Apple Watch display not only responds to touch-based gestures like tapping and swiping, it also uses Force Touch technology to respond to the pressure of your finger.<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p5-6, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
|---|---|
| a real-time clock connected to said microprocessor; | a real-time clock connected to said microprocessor<br><br>With the timekeeping features of Apple Watch, you can see the time in other cities around the world, set alarms, use timers, and use a stopwatch. You can add these elements to your watch face to see them quickly when you need to. See Customize your watch face on page 21 for more information.<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p32, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
|---|---|
| memory for storing said movement data; and | memory for storing said movement data<br><br>MEMORY Card slot: No; Internal: 16GB 768MB RAM<br><br>Source: https://www.gsmarena.com/apple_watch_series_3-8860.php<br><br>memory for storing said movement data<br><br>**Check your progress.** Check the completion ring during your workout for a quick indication of your progress. Swipe on the lower half of the screen to review elapsed time, average pace, distance covered, calories consumed, and heart rate. Instead of viewing the progress rings, you can choose to see your distance, calorie, or time values numerically. Open the Apple Watch app on iPhone, tap My Watch, then turn on Workout > Show Goal Metric.<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p54, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
| --- | --- |
| an output indicator connected to said microprocessor for signaling the occurrence of user-defined events; | <br><br>an output indicator connected to said microprocessor for signaling the occurrence of user-defined events<br><br>Comment: Screen capture of the Apple Watch Series 3 goal notification from MPG4 file 20210420_141806 (2:18 pm). |

# US 6,059,576 C1 vs. APPLE

| Claim (1) | Apple Watch Series 3 |
|---|---|
| wherein said movement sensor measures the angle and velocity of said movement. | FEATURES Sensors Accelerometer, gyro, heart rate, barometer<br>Natural language commands and dictation (talking mode)<br>Source: https://www.gsmarena.com/apple_watch_series_3-8860.php<br>said movement sensor measures the angle and velocity of said movement.<br>**Check your progress.** Check the completion ring during your workout for a quick indication of your progress. Swipe on the lower half of the screen to review elapsed time, average pace, distance covered, calories consumed, and heart rate. Instead of viewing the progress rings, you can choose to see your distance, calorie, or time values numerically. Open the Apple Watch app on iPhone, tap My Watch, then turn on Workout > Show Goal Metric.<br>Source: Apple Watch Series 3 User Guide, Version 1.0, p54, see https://documents.4rgos.it/v1/static/8673752_R_D001<br>said movement sensor measures the angle and velocity of said movement.<br>The Apple Watch 3 can monitor a large number of workouts from the wrist, and can also connect to enabled gym equipment too - that's a nice touch and means you're able to use it as a heart rate monitor for your cross-stepping or rowing efforts.<br>Source: https://www.techradar.com/reviews/apple-watch-3-review/3 |

# US 6,059,576 C1 vs. APPLE

| Claim (20) | Apple Watch Series 3 |
|---|---|
| A method to monitor physical movement of a body part comprising the steps of: | <br>A method to monitor physical movement of a body part .<br><br>**Track daily activity**<br>The Activity app on Apple Watch keeps track of your movement throughout the day and helps encourage you to meet your fitness goals. The app tracks how often you stand up, how much you move, and how many minutes of exercise you do, and provides a simple and powerful graphic ring of your daily activity. The goal is to sit less, move more, and get some exercise by completing each ring every day. The Activity app on iPhone keeps a long-term record of all your activity.<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p53, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

| Claim (20) | Apple Watch Series 3 |
|---|---|
| attaching a portable, self-contained movement measuring device to said body part for measuring unrestrained movement in any direction; | attaching a portable, self-contained movement measuring device to said body part.<br><br>If Apple Watch doesn't wake when you raise your wrist, make sure you've selected the proper wrist and Digital Crown orientation. Open the Settings app (if you're looking at the watch face, press the Digital Crown to get to the Home screen, then tap ), go to General > Orientation, then make sure Orientation is set to the wrist you wear Apple Watch on. It's also possible that the<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p8, see https://documents.4rgos.it/v1/static/8673752_R_D001<br><br>The Apple Watch 3 can monitor a large number of workouts from the wrist, and can also connect to enabled gym equipment too - that's a nice touch and means you're able to use it as a heart rate monitor for your cross-stepping or rowing efforts.<br><br>Source: https://www.techradar.com/reviews/apple-watch-3-review/3<br><br>for measuring unrestrained movement in any direction;<br><br>Your iPhone GPS allows Apple Watch to achieve even more distance accuracy. For example, if you carry iPhone while using the Workout app  on a run, Apple Watch uses the iPhone GPS to calibrate your stride. Then later, if you're not carrying iPhone, or if you're working out where GPS is unavailable (for example, indoors), Apple Watch uses the stored information about your stride to measure distance.<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p57, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

| Claim (20) | Apple Watch Series 3 |
|---|---|
| measuring data associated with said physical movement; | measuring data associated with said physical movement;<br><br>**Track daily activity**<br>The Activity app on Apple Watch keeps track of your movement throughout the day and helps encourage you to meet your fitness goals. The app tracks how often you stand up, how much you move, and how many minutes of exercise you do, and provides a simple and powerful graphic ring of your daily activity. The goal is to sit less, move more, and get some exercise by completing each ring every day. The Activity app on iPhone keeps a long-term record of all your activity.<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p53, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

| Claim (20) | Apple Watch Series 3 |
|---|---|
| interpreting, using a microprocessor included in the portable, self-contained movement measuring device, said physical movement data based on user-defined operational parameters and a real-time clock; [and] | (see specification table below) |

| | | |
|---|---|---|
| PLATFORM | OS | watchOS 4.0, upgradable to 7.3.3 |
| | Chipset | Apple S3 |
| | CPU | Dual-core |
| | GPU | PowerVR |
| MEMORY | Card slot | No |
| | Internal | 16GB 768MB RAM |
| CAMERA | | No |
| SOUND | Loudspeaker | Yes |
| | 3.5mm jack | No |
| COMMS | WLAN | Wi-Fi 802.11 b/g/n |
| | Bluetooth | 4.2, A2DP, LE |
| | GPS | Yes, with A-GPS, GLONASS |
| | NFC | Yes |
| | Radio | No |
| | USB | No |
| FEATURES | Sensors | Accelerometer, gyro, heart rate, barometer |
| | | Natural language commands and dictation (talking mode) |
| BATTERY | Type | Li-Ion 341 mAh, non-removable (1.34 Wh) |
| | Charging | Wireless charging |
| | Stand-by | Up to 18 h (mixed usage) |

using a microprocessor included in the portable, self-contained movement measuring device,

Source: [https://www.gsmarena.com/apple_watch_series_3-8860.php](https://www.gsmarena.com/apple_watch_series_3-8860.php)

# US 6,059,576 C1 vs. APPLE

| Claim (20) | Apple Watch Series 3 |
|---|---|
| interpreting, using a microprocessor included in the portable, self-contained movement measuring device, said physical movement data based on user-defined operational parameters and a real-time clock; [and] | • FY LEE C7P Bosch gyro + accelerometer<br>• FF1A02<br>• Apple? 339M00035<br>Custom-designed Apple S3 SiP (System in Package)<br><br>using a microprocessor included in the portable, self-contained movement measuring device,<br>Source: [https://www.ifixit.com/Teardown/Apple+Watch+Series+3+Teardown/97521](https://www.ifixit.com/Teardown/Apple+Watch+Series+3+Teardown/97521) |

# US 6,059,576 C1 vs. APPLE

| Claim (20) | Apple Watch Series 3 |
|---|---|
| interpreting, using a microprocessor included in the portable, self-contained movement measuring device, said physical movement data based on user-defined operational parameters and a real-time clock; [and] | **Monitor your workouts**<br>The Workout app on Apple Watch gives you tools to manage your individual workout sessions. It lets you set specific goals, such as time, distance, or calories, then tracks your progress, nudges you along the way, and summarizes your results. You can use the Activity app on iPhone to review your complete workout history. See Keep your data accurate on page 57 for information on how Apple Watch is calibrated.<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p55-56, see https://documents.4rgos.it/v1/static/8673752_R_D001<br><br>interpreting, using a microprocessor included in the portable, self-contained movement measuring device, said physical movement data<br><br>**Track daily activity**<br>The Activity app on Apple Watch keeps track of your movement throughout the day and helps encourage you to meet your fitness goals. The app tracks how often you stand up, how much you move, and how many minutes of exercise you do, and provides a simple and powerful graphic ring of your daily activity. The goal is to sit less, move more, and get some exercise by completing each ring every day. The Activity app on iPhone keeps a long-term record of all your activity.<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p53, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

<table>
<tr><th>Claim (20)</th><th>Apple Watch Series 3</th></tr>
<tr><td>interpreting, using a microprocessor included in the portable, self-contained movement measuring device, said physical movement data based on user-defined operational parameters and a real-time clock; [and]</td><td>

based on user-defined operational parameters<br>
Comment: Screenshot of the goals set for the Apple Watch Series 3</td></tr>
</table>

# US 6,059,576 C1 vs. APPLE

| Claim (20) | Apple Watch Series 3 |
|---|---|
| interpreting, using a microprocessor included in the portable, self-contained movement measuring device, said physical movement data based on user-defined operational parameters and a real-time clock; [and] | and a real-time clock; [and]<br><br>With the timekeeping features of Apple Watch, you can see the time in other cities around the world, set alarms, use timers, and use a stopwatch. You can add these elements to your watch face to see them quickly when you need to. See Customize your watch face on page 21 for more information.<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p32, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

| Claim (20) | Apple Watch Series 3 |
|---|---|
| storing said data in memory; | storing said data in memory;<br>.<br><br>MEMORY Card slot No<br>Internal 16GB 768MB RAM<br><br>Source: https://www.gsmarena.com/apple_watch_series_3-8860.php<br><br>storing said data in memory;<br>.<br><br>**Check your progress.** Check the completion ring during your workout for a quick indication of your progress. Swipe on the lower half of the screen to review elapsed time, average pace, distance covered, calories consumed, and heart rate. Instead of viewing the progress rings, you can choose to see your distance, calorie, or time values numerically. Open the Apple Watch app on iPhone, tap My Watch, then turn on Workout > Show Goal Metric.<br><br>Source: Apple Watch Series 3 User Guide, Version 1.0, p54, see https://documents.4rgos.it/v1/static/8673752_R_D001 |

# US 6,059,576 C1 vs. APPLE

| Claim (20) | Apple Watch Series 3 |
| --- | --- |
| detecting, using the microprocessor, a first user-defined event based on the movement data and at least one of the user-defined operational parameters regarding the movement data; and |  <br>detecting, using the microprocessor, a first user-defined event based on the movement data and at least one of the user-defined operational parameters regarding the movement data; and<br><br>Comment: Screen capture of the Apple Watch Series 3 goal notification from MPG4 file 20210420_141806 (2:18 pm). |

# US 6,059,576 C1 vs. APPLE

| Claim (20) | Apple Watch Series 3 |
| --- | --- |
| detecting, using the microprocessor, a first user-defined event based on the movement data and at least one of the user-defined operational parameters regarding the movement data; and | detecting, using the microprocessor, a first user-defined event based on the movement data and at least one of the user-defined operational parameters regarding the movement data; and<br><br><br>Comment: Screen capture of the Apple Watch Series 3 goal notification from MPG4 files 20210420_141806 (2:18 pm).<br><br><br>Comment: Screenshot of the goals set for the Apple Watch Series 3 |

# US 6,059,576 C1 vs. APPLE

| Claim (20) | Apple Watch Series 3 |
|---|---|
| storing, in said memory, first event information related to the detected first user-defined event along with first time stamp information reflecting a time at which the movement data causing the first user-defined event occurred. |  Comment: Screenshot from Apple iPhone Activity App |