**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| LOGANTREE LP<br><br>*Plaintiff*,<br><br>v.<br><br>APPLE, INC.,<br><br>*Defendant*. | CIVIL ACTION NO. 6:21-cv-00397-ADA<br><br>**JURY DEMAND** |

**PLAINTIFF'S ORIGINAL ANSWER TO DEFENDANT APPLE, INC'S COUNTERCLAIMS**

Plaintiff LoganTree LP ("LoganTree" or "Plaintiff") files this Original Answer to Defendant Apple, Inc.'s ("Apple" or "Defendant") Counterclaims. Except as expressly admitted below, Plaintiff denies each and every allegation set forth in Defendant's Counterclaims.

**THE PARTIES**

1. Plaintiff admits the party statement in paragraph 1.

2. As stated in the Complaint, Plaintiff admits that it is a partnership organized under the laws of the state of Nevada with its sole general partner being Gulfstream Ventures, LLC, which is organized under the laws of the state of Nevada whose sole owners are Theodore and Anne Brann who live in Boerne, Texas.

**JURISDICTION AND VENUE**

3. Plaintiff admits that the Court has subject matter jurisdiction over the patent law claims in this case, but denies the remainder of the allegations in paragraph 3.

4. Plaintiff admits the allegations in paragraph 4.

5. Plaintiff admits that this district is the proper venue for the claims, but denies the remainder of paragraph 5.

**COUNT I**
**(Declaration of Invalidity of U.S. Patent No. 6,059,576)**

6. Plaintiff incorporates its answers from paragraphs 1–5.

7. Plaintiff denies the allegations in paragraph 7.

8. Plaintiff denies the allegations in paragraph 8.

9. Plaintiff denies the allegations in paragraph 9.

10. Plaintiff denies the allegations in paragraph 10.

11. Plaintiff is without sufficient information or knowledge to admit or deny the allegations in paragraph 11, thus Plaintiff denies the allegations.

12. Plaintiff is without sufficient information or knowledge to admit or deny the allegations in paragraph 12, thus Plaintiff denies the allegations.

13. Plaintiff is without sufficient information or knowledge to admit or deny the allegations in paragraph 13, thus Plaintiff denies the allegations.

14. Plaintiff is without sufficient information or knowledge to admit or deny the allegations in paragraph 14, thus Plaintiff denies the allegations.

15. Plaintiff states that paragraphs 19 through 31 of its Complaint speak for themselves and thus denies any additional allegations in paragraph 15.

16. Plaintiff denies the allegations in paragraph 16.

17. Plaintiff denies the allegations in paragraph 17.

**COUNT II**
**(Declaration of Noninfringement of U.S. Patent No. 6,059,576)**

18. Plaintiff incorporates its answers to paragraphs 1–17.

19. Plaintiff denies the allegations in paragraph 19.

20. Plaintiff denies the allegations in paragraph 20.

21. Plaintiff denies the allegations in paragraph 21.

22. Plaintiff states that paragraphs 19 through 31 of its Complaint speak for themselves and thus denies any additional allegations in paragraph 22.

23. Plaintiff denies the allegations in paragraph 23.

24. Plaintiff denies the allegations in paragraph 24.

**PRAYER FOR RELIEF**

Plaintiff denies any of the claims of relief Defendant asserts in their counterclaims.

**JURY DEMAND**

Plaintiff agrees with Defendant in seeking a jury trial on all claims and issues so triable.

**DEFENSES TO THE COUNTERCLAIMS**

Because Defendant's counterclaims only seek declarations of the opposite result that Plaintiff seeks in its Original Complaint, all arguments and claims made in the Original Complaint also constitute defenses to Defendant's counterclaims.

DATED: July 22, 2021

Respectfully submitted by:

**MCCATHERN, PLLC**

*/s/Arnold Shokouhi*
Arnold Shokouhi
Bar No. 24056315
arnolds@mccathernlaw.com
Christopher M. Barkley
*Pro Hac Vice* pending
cbarkley@mccathernlaw.com
James E. Sherry

Bar No. 24086340
jsherry@mccathernlaw.com

McCathern, PLLC
3710 Rawlins Street, Suite 1600
Dallas, TX 75219
Phone: (214) 443-4478
Facsimile: (214) 741-4717

**PLAINTIFF'S COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on July 22, 2021.

By: */s/ Arnold Shokouhi*
Arnold Shokouhi